FILED
JAMES J. VILT, JR. - CLERK
SEP - 3 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**AJIBOLA ODUNTAN**

INDICTMENT

NO. 3:25-CR-133-RGJ

18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 1343
18 U.S.C. § 1349
28 U.S.C. § 2461(c)

The Grand Jury charges:

## COUNT 1
*(Conspiracy to Commit Wire Fraud)*

1. Beginning on a date unknown to the Grand Jury, but from at least in or about September 2023 and continuing through at least in or about October 2023, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **AJIBOLA ODUNTAN**, and others known and unknown to the Grand Jury, did unlawfully and willfully combine, conspire, confederate, and agree together and with each other, to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

**OBJECT OF THE CONSPIRACY**

2. It was the object of the conspiracy, that the defendant, **AJIBOLA ODUNTAN**, together with others both known and unknown to the Grand Jury ("unindicted coconspirators"), fraudulently obtained tickets to stage performances of musical productions using stolen credit card information, which they re-sold through online platforms to unsuspecting third-party buyers. Proceeds from the sale of the fraudulently obtained tickets were deposited into financial accounts controlled by **AJIBOLA ODUNTAN** and other unindicted coconspirators.

## MANNER AND MEANS

3. The manner and means used to accomplish the objectives of the conspiracy included, among other things, the following:

4. As part of the conspiracy, **AJIBOLA ODUNTAN**, and other unindicted co-conspirators used stolen credit card account information to make online purchases of tickets to theater performances in the Western District of Kentucky and elsewhere. This included, but was not limited to, the online purchase of tickets to a Louisville, Kentucky, production of "Wicked" the musical, hosted by VICTIM COMPANY-1 in September and October of 2023. VICTIM COMPANY-1 is an organization that promotes the performing arts and operates several performance venues in Louisville, Kentucky. Among other things, VICTIM COMPANY-1 hosts local performances of nationally known artists and productions in its venues. VICTIM COMPANY-1 has a box office that sells tickets to its Louisville, Kentucky performances through in-person, telephone, and online sales.

5. Members of the conspiracy, including **AJIBOLA ODUNTAN**, then sold the fraudulently obtained theater tickets on StubHub, an online ticket marketplace that allows users to buy and sell tickets to live events. From StubHub, the tickets were sold to unsuspecting buyers. In many instances, the fraud was not detected until after the conclusion of the performance. The innocent buyers were able to attend the performances, but VICTIM COMPANY-1 bore a loss of revenue from the tickets.

6. Cardholders of the stolen credit cards used to purchase tickets later discovered the fraudulent charges and disputed those charges with the credit card company. This caused the credit card company to issue "chargebacks," which are demands by the credit card company for a retailer to return funds from a fraudulent transaction to the cardholder. By the time of the chargebacks,

the performance had already concluded, meaning VICTIM COMPANY-1 had no opportunity to invalidate the fraudulently purchased tickets or sell the seats. Because of the chargebacks issued for tickets purchased in furtherance of the conspiracy, performance venues suffered financial losses. This included, but was not limited to, VICTIM-1 incurring revenue losses of over $100,000.

7. Members of the conspiracy, including **AJIBOLA ODUNTAN**, deposited proceeds from StubHub sales of fraudulently obtained tickets into financial accounts they controlled. This included, but was not limited to, PayPal accounts belonging to **AJIBOLA ODUNTAN** and other unindicted coconspirators. From the PayPal accounts, fraud proceeds could be moved to personal bank accounts or accounts controlled by co-conspirators.

8. Ticketing platforms like those used in the above-described scheme as well as credit card networks, run on internet-connected servers. **AJIBOLA ODUNTAN** and other members of the conspiracy utilized interstate and international wires to fraudulently purchase and re-sell tickets to obtain proceeds for their own personal benefit.

In violation of Title 18, United States Code, Sections 1349 and 1343.

## NOTICE OF FORFEITURE

If convicted of any violation of Title 18, United States Code, Sections 1343 and 1349, as alleged in Count 1 of this Indictment, the defendant, **AJIBOLA ODUNTAN,** shall forfeit to the

United States any property, real or personal, which constitutes or is derived from proceeds obtained, directly or indirectly, as the result of the violations.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461.

A TRUE BILL.

*/s/ Kyle Bumgarner*

_____
KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:EGM:09/03/2025

UNITED STATES OF AMERICA v. **AJIBOLA ODUNTAN**

## PENALTIES

Count 1:        NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release
FORFEITURE

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.