**FILED**
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____ Sep 04, 2025 _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:25-CR-133-RGJ

UNITED STATES OF AMERICA                                          PLAINTIFF

v.

AJIBOLA ODUNTAN                                                    DEFENDANT

## CONSULAR NOTIFICATION

As a non-U.S. citizen who is being arrested or detained, you are entitled to have us notify your country's consular representatives here in the United States. A consular official from your country may be able to help you obtain legal counsel, and may contact your family and visit you in detention, among other things. If you want us to notify your country's consular officials, you can request this notification now, or at any time in the future. After your consular officials are notified, they may call or visit you.

Do you want us to notify your country's consular officials?

(YES)                                          NO

(Please circle one.)

Signed by: _~signature~_____

Date: 04/09/25

# NOTIFICATION SHEET

**SUBJECT:**
**NOTIFICATION OF ARREST OR DETENTION OF A NATIONAL OF YOUR COUNTRY**

**DATE/TIME:** 9/4/2025; 3:00 pm

**TO:** Embassy/Consulate of _____Nigeria_____ in _____Atlanta_____, _GA_
(COUNTRY)         (CITY)         (STATE)

**FAX/EMAIL:** info@nigeria-consulate-atl.org

**FROM:**

Name/Office___United States District Court Western District of Kentucky___

Address___241 E. Main Street, Room 120___

City ___Bowling Green___ State___KY___ Zip Code___42101___

Telephone ( _270_ ) _393-2500_ Fax ( _270_ ) _393-2519_

*We arrested/detained the following foreign national, who we understand is a*

*national of your country, on* _____8/4/2025_____ .
(DATE)

Name: ___Ajibola Oduntan___

Date of Birth/Place of Birth: __█████████_____

Nationality/Country: ___Nigeria___

Passport Issuing Nation: _____

Passport Number: _____

*This person has been or may be charged with the following offense(s):*

18:1349 and 1343 CONSPIRACY TO COMMIT WIRE FRAUD

For more information, **please call** _270-393-2500_ between the hours of _8:30 am to 4:30 pm CT_

Please refer to **case number** _3:25-cr-00133-RGJ_ when you call.

ADDITIONAL INFORMATION:

| | |
|---|---|
| **From:** | Kim Yates |
| **Sent:** | Thursday, September 4, 2025 3:02 PM |
| **To:** | info@nigeria-consulate-atl.org |
| **Subject:** | 3:25-mj-133-RGJ - Consular Notification |
| **Attachments:** | 325cr133RGJ-consular.notification.pdf |

See attached.

Thanks,

Kim Yates
Case Administrator
U. S. District Court
Western District of Kentucky
241 East Main Avenue, Rm. 120
Bowling Green, Kentucky 42101
270-393-2508

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@uscourts.gov> |
| **To:** | info@nigeria-consulate-atl.org |
| **Sent:** | Thursday, September 4, 2025 3:02 PM |
| **Subject:** | Relayed: 3:25-mj-133-RGJ - Consular Notification |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

info@nigeria-consulate-atl.org (info@nigeria-consulate-atl.org)

Subject: 3:25-mj-133-RGJ - Consular Notification