UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

========================================================================

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :     MAG NO: 3:25-CR-133 |
| | : |
| vs. | : |
| | :  NOTICE OF MOTION TO SET CONDITION |
| AJIBOLA ODUNTAN | :  FOR PRE-TRIAL RELEASE |
| | : |
| Defendant. | : |

---

Magistrate Judge Regina S. Edwards
United States District Court
601 W. Broadway Room 106
Louisville, KY 40202

Erin G. McKenzie
Assistant United States Attorney
Western District of Kentucky
Louisville, Kentucky 40202

**PLEASE TAKE NOTICE** that the defendant, Ajibola Oduntan, by and through the undersigned, shall move before the Honorable Rehina S. Edwards, U.S.M.J., on the date to be set by the court for an Order to Set Conditions for Pre-trial release.

In support of the Motion, the defendant submits the attached Certification of Jonathan F. Marshall, Esq.

Dated: October 1, 2025

Respectfully Submitted,

By: _____
Jonathan F. Marshall, Esq
Attorney for Defendant

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

======================================================================

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :     MAG NO: 3:25-CR-133 |
| | : |
| vs. | : |
| | :   CERTIFICATION OF |
| AJIBOLA ODUNTAN | :   JONATHAN F. MARSHALL |
| | : |
|               Defendant. | : |

I Jonathan F. Marshall, being duly sworn, certify as follows:

1. I am an attorney at law and represent defendant in the within matter and, as such, am fully familiar with the facts herein.

2. Mr. Oduntan was charged by a way of indictment of September 3, 2025, with Conspiracy to commit Wire Fraud ("Count 1") under 18 U.S.C 1343 and Wire Fraud under title 18 U.S.C 1349.

3. On September 4, 2025, we entered our appearance in this matter and a Not Guity plea was entered to Count 1 & 2 on that same date. The Court also heard the government's request to detain which was consented to by prior counsel with a reservation for submission of a bail package on a later date. The application by the government was granted by the court based on a Serious Risk that the defendant would flee and Serious Risk that the defendant would obstruct, attempt to obstruct prosecution, threaten to injure or intimidate, or attempt to threaten injury or intimidate a prospective witness.

4. We now move for the Court to Reconsider Detention and grant terms for Pretrial Release based on the following circumstances:

    i. Establishment of a Residence in the United States. The defendant has secured a residence in the United States where he can stay during the pendency of Pretrial Release.

    ii. The Existence of a Responsible Custodian. The defendant's nephew, Dayo Martins, has agreed to serve as a custodian and will ensure that the defendant does not flee. Mr.

Martins has no record and is a responsible member of our community. We assume that a more thorough vetting of Mr. Martins shall be conducted by Pretrial Services prior to any adjudication of this application by the Court.

iv. **Consent to Home Detention & Electronic Monitoring.** The defendant consents to home confinement and electronic monitoring as a stipulation to this application.

v. **Posting of a Bond.** The defendant agrees to post a reasonable bond as additional security to ensure his appearance and compliance with terms for pretrial release.

vi. **Other Terms & Conditions.** The defendant shall comply with any other terms or conditions that might be set by the court.

5. It should be noted that Mr. Oduntan has no prior record. We are also unaware of any history of non-appearance in prior cases.
6. For all of the aforesaid reasons, it is respectfully submitted that there are reasonable conditions for release that may be set by the court so as to ensure Mr. Sanchez's appearance at trial and compliance with conditions of release.

I HEREBY CERTIFY that the above statements made by me are true.

I am aware that if any statements made are willfully false, I am subject to punishment.

Dated: October 1, 2025

By: _____
Jonathan F. Marshall, Esq

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

===============================================================================

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| | : | MAG NO: 3:25-CR-133 |
| vs. | : | |
| | : | ORDER |
| AJIBOLA ODUNTAN | : | |
| Defendant. | : | |

THIS MATTER having been opened to the Court by the Law Offices of Jonathan F. Marshall, attorneys for the Defendant, Ajibola Oduntan by away of motion to consider terms for pretrial release, and the parties having submitted their respective arguments, and good cause having been shown;

IT IS ON THIS _____ day of _____, 2025

ORDERED that the Defendant's motion to Set Conditions for Release is hereby Granted.

_____
Honorable, Regina S. Edwards, U.S.M.J.